**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

JACQUELYN CRUSE, et al.,

               Plaintiff,

     v.

SPECIALIZED LOAN SERVICING, LLC
and EXPERIAN INFORMATION
SOLUTIONS, INC.,

               Defendants.

Case No. 3:20-cv-506-J-34JBT

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT**

NOW COMES Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, and answers Plaintiff's Complaint as follows:

Experian denies, generally and specifically, any and all allegations in the Complaint not specifically admitted in the paragraphs below.  Experian further states that it lacks knowledge or information sufficient to form a belief about the truth or falsity of any and all allegations as they relate to any other defendants or the actions of third-parties and therefore denies the same.  Experian further states that its investigation of the present matter is ongoing.  Accordingly, Experian reserves the right to amend this answer.  In response to the numbered paragraphs in the Complaint, Experian states as follows:

**CLASS ACTION COMPLAINT**

1.      Experian admits that Plaintiff has alleged violations under the FCCPA, the Declaratory Judgment Act, the TCPA, and the FCRA.  Experian denies that it violated any law or is in any way liable to Plaintiff.  Experian further denies that this case can proceed as a class action under Fed. R. Civ. P. 23 as to Experian.

**JURISDICTION VENUE**

2.      Experian states that Paragraph 2 of the Complaint is a legal conclusion, which is not subject to denial or admission.

**STANDING**

3.      In response to the allegations of Paragraph 3 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

4.       In response to the allegations of Paragraph 4 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

5.      In response to Paragraph 5 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

6.      In response to Paragraph 6 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein..

7.      In response to Paragraph 7 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations

contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

8.      In response to Paragraph 8 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## PARTIES

9.      In response to Paragraph 9 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

10.     In response to Paragraph 10 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

11.     In response to Paragraph 11 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

12.     In response to Paragraph 12 of the Complaint, Experian states that the proceedings in the bankruptcy case described in the Complaint ("Plaintiff's Bankruptcy") speak for themselves and Experian denies all allegations inconsistent therewith.

13.     In response to Paragraph 13 of the Complaint, Experian states that it is an Ohio corporation with its principle place of business in Costa Mesa, California.  Except as specifically admitted, Experian denies all remaining allegations of this Paragraph.

14.     In response to Paragraph 14 of the Complaint, Experian admits the allegations of this Paragraph.

**THE TELEPHONE CONSUMER PROTECTION ACT**

15.     In response to Paragraph 15 of the Complaint, Experian states that the TCPA, and its legislative history speaks for itself and denies any allegations inconsistent therewith.

16.     In response to Paragraph 16 of the Complaint, Experian states that the TCPA, and its legislative history speaks for itself and denies any allegations inconsistent therewith.

17.     In response to Paragraph 17 of the Complaint, Experian states that the TCPA, and its legislative history speaks for itself and denies any allegations inconsistent therewith.

18.     In response to Paragraph 18 of the Complaint, Experian states that the TCPA, and its legislative history speaks for itself and denies any allegations inconsistent therewith.

19.     In response to Paragraph 19 of the Complaint, Experian states that the TCPA, and its legislative history speaks for itself and denies any allegations inconsistent therewith.

20.     In response to Paragraph 20 of the Complaint, Experian states that the TCPA, and its legislative history speaks for itself and denies any allegations inconsistent therewith.

**FACTUAL ALLEGATIONS SPECIFIC TO PLAINTIFF**

21.     In response to Paragraph 21 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

22.     In response to Paragraph 22 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

23.     In response to Paragraph 23 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

24.     In response to Paragraph 24 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

25.     In response to Paragraph 25 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations

contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

26.     In response to Paragraph 26 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

27.     In response to Paragraph 27 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

28.     In response to Paragraph 28 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

29.     In response to Paragraph 29 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

30.     In response to Paragraph 30 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

31.     In response to Paragraph 31 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

32.     In response to Paragraph 32 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

33.     In response to Paragraph 33 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

34.     In response to Paragraph 34 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

35.     In response to Paragraph 35 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

36.     In response to Paragraph 36 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations

contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

37.     In response to Paragraph 37 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

38.     In response to Paragraph 38 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

39.     In response to Paragraph 39 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**FCRA INDIVIDUAL ALLEGATIONS**

40.     In response to Paragraph 40 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

41.     In response to Paragraph 41 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations

contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

42.     In response to Paragraph 42 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

43.     In response to Paragraph 43 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

44.     In response to Paragraph 44 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

45.     In response to Paragraph 45 of the Complaint, Experian denies, generally and specifically all allegations of this Paragraph.

46.     In response to Paragraph 46 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

47.     In response to Paragraph 47 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations

contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

48.     In response to Paragraph 48 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

49.     In response to Paragraph 49 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**CLASS ACTION ALLEGATIONS**

50.     In response to Paragraph 50 of the Complaint, Experian admits that Plaintiff seeks to represent classes under the TCPA and FCCPA, but denies that this action can properly be maintained as a class as to the allegations against Experian.

51.     In response to Paragraph 51 of the Complaint, Experian denies that this action can properly be maintained as a class as to the allegations against Experian.

52.     In response to Paragraph 52 of the Complaint, Experian denies that this action can properly be maintained as a class as to the allegations against Experian.

53.     In response to Paragraph 53 of the Complaint, Experian denies that this action can properly be maintained as a class as to the allegations against Experian.

54.     In response to Paragraph 54 of the Complaint, Experian denies that this action can properly be maintained as a class as to the allegations against Experian.

55.    In response to Paragraph 55 of the Complaint, Experian denies that this action can properly be maintained as a class as to the allegations against Experian.

56.    In response to Paragraph 56 of the Complaint, Experian denies that this action can properly be maintained as a class as to the allegations against Experian.

57.    In response to Paragraph 57 of the Complaint, Experian denies that this action can properly be maintained as a class as to the allegations against Experian.

58.    In response to Paragraph 58 of the Complaint, Experian denies that this action can properly be maintained as a class as to the allegations against Experian.

59.    In response to Paragraph 59 of the Complaint, Experian denies that this action can properly be maintained as a class as to the allegations against Experian.

60.    In response to Paragraph 60 of the Complaint, Experian denies that this action can properly be maintained as a class as to the allegations against Experian.

61.    In response to Paragraph 61 of the Complaint, Experian denies that this action can properly be maintained as a class as to the allegations against Experian.

62.    In response to Paragraph 62 of the Complaint, Experian denies that this action can properly be maintained as a class as to the allegations against Experian.

## COUNT I: NEGLIGENT VIOLATIONS OF THE TCPA

63.    In response to Paragraph 63 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph that pertain to Experian.

64.    In response to Paragraph 64 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph that pertain to Experian.

11

65.     In response to Paragraph 65 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph that pertain to Experian.

66.     In response to Paragraph 66 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph that pertain to Experian.

67.     In response to Paragraph 67 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph that pertain to Experian.

68.     In response to Paragraph 68 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph that pertain to Experian.

69.     In response to Paragraph 69 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph that pertain to Experian.

70.     In response to Paragraph 70 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph that pertain to Experian.

71.     In response to Paragraph 71 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph that pertain to Experian.

72.     In response to Paragraph 72 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph that pertain to Experian.

**COUNT II: WILLFUL VIOLATIONS OF THE TCPA**

73.     In response to Paragraph 73 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph that pertain to Experian.

74.     In response to Paragraph 74 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph that pertain to Experian.

75.     In response to Paragraph 75 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph that pertain to Experian.

76.     In response to Paragraph 76 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph that pertain to Experian.

77.     In response to Paragraph 77 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph that pertain to Experian.

78.     In response to Paragraph 78 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph that pertain to Experian.

79.     In response to Paragraph 79 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph that pertain to Experian.

80.     In response to Paragraph 80 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph that pertain to Experian.

81.     In response to Paragraph 81 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph that pertain to Experian.

82.     In response to Paragraph 82 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph that pertain to Experian.

**COUNT III: VIOLATION OF THE FCCPA**

83.     In response to Paragraph 83 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph that pertain to Experian.

84.     In response to Paragraph 84 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph that pertain to Experian.

85.     In response to Paragraph 85 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph that pertain to Experian.

86.     In response to Paragraph 86 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph that pertain to Experian.

87.     In response to Paragraph 87 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph that pertain to Experian.

88.     In response to Paragraph 88 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph that pertain to Experian.

89.     In response to Paragraph 89 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph that pertain to Experian.

90.     In response to Paragraph 90 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph that pertain to Experian.

91.     In response to Paragraph 91 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph that pertain to Experian.

92.     In response to Paragraph 92 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph that pertain to Experian.

93.     In response to Paragraph 93 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph that pertain to Experian.

94.     In response to Paragraph 94 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph that pertain to Experian.

95.     In response to Paragraph 95 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph that pertain to Experian.

96.     In response to Paragraph 96 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph that pertain to Experian.

## COUNT IV: CLAIMS AGAINST DEFENDANT EXPERIAN FOR VIOLATIONS OF THE FCRA

97.     In response to Paragraph 97 of the Complaint, Experian incorporates its responses to Paragraphs 1-39 and 40-49 as though fully restated here.

98.     In response to Paragraph 98 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph.

99.     In response to Paragraph 99 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph.

100.     In response to Paragraph 100 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph.

101.     In response to Paragraph 101 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph.

102.     In response to Paragraph 102 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph.

103.     In response to Paragraph 103 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph.

104.     In response to Paragraph 104 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph.

105.     In response to Paragraph 105 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph.

106.    In response to Paragraph 106 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph.

107.    In response to Paragraph 107 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph.

108.    In response to Paragraph 108 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph.

109.    In response to Paragraph 109 of the Complaint, Experian denies, generally and specifically, all allegations of this Paragraph.

**COUNT V: CLAIMS AGAINST DEFENDANT SLS FOR VIOLATIONS OF THE FCRA**

110.    In response to Paragraph 110 of the Complaint, Experian incorporates its responses to Paragraphs 1-39 and 40-49 as though fully restated here.

111.    In response to Paragraph 111, Experian states that this paragraph contains only allegations against another party and thus Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations.

112.    In response to Paragraph 112, Experian states that this paragraph contains only allegations against another party and thus Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations.

113.    In response to Paragraph 113, Experian states that this paragraph contains only allegations against another party and thus Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations.

114.     In response to Paragraph 114, Experian states that this paragraph contains only allegations against another party and thus Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations.

115.     In response to Paragraph 115, Experian states that this paragraph contains only allegations against another party and thus Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations.

116.     In response to Paragraph 116, Experian states that this paragraph contains only allegations against another party and thus Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations.

117.     In response to Paragraph 117, Experian states that this paragraph contains only allegations against another party and thus Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations.

118.     In response to Paragraph 118, Experian states that this paragraph contains only allegations against another party and thus Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations.

119.     In response to Paragraph 119, Experian states that this paragraph contains only allegations against another party and thus Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations.

120.     In response to Paragraph 120, Experian states that this paragraph contains only allegations against another party and thus Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations.

121.    In response to Paragraph 121, Experian states that this paragraph contains only allegations against another party and thus Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations.

122.    In response to Paragraph 122, Experian states that this paragraph contains only allegations against another party and thus Experian is without knowledge or information sufficient to form a belief as to the truth of those allegations.

## DEFENDANT EXPERIAN'S AFFIRMATIVE DEFENSES

Experian hereby asserts the following affirmative defenses to the Complaint.

### FIRST AFFIRMATIVE DEFENSE
### (Failure To State A Claim)

Plaintiff's claims fail to the extent that the Complaint, and each cause of action thereof, fails to set forth facts sufficient to state a claim upon which relief may be granted against Experian and fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever from Experian.

### SECOND AFFIRMATIVE DEFENSE
### (Truth/Accuracy of Information)

Plaintiff's claims fail to the extent that they are barred because all information Experian communicated to any third person regarding Plaintiff was true.

### THIRD AFFIRMATIVE DEFENSE
### (Compliance/Good Faith)

Plaintiff's claims fail to the extent that, at all relevant times with respect to Plaintiff, Experian acted in good faith and complied fully with the FCRA and relevant state laws.

**FOURTH AFFIRMATIVE DEFENSE**
**(Intervening Superseding Cause)**

Plaintiff's claims fail to the extent that Plaintiff's purported damages, which Experian continues to deny, were the results of acts or omissions of third persons over whom Experian had neither control nor responsibility.

**FIFTH AFFIRMATIVE DEFENSE**
**(Proximate Cause)**

Plaintiff's claims fail to the extent that Plaintiff's purported damages were the direct and proximate result of the conduct of Plaintiff or others.

**SIXTH AFFIRMATIVE DEFENSE**
**(Punitive Damages)**

Plaintiff's claim for punitive damages fails to the extent that the Complaint fails to state a claim for relief for punitive damages.  Additionally, Experian states that punitive damages violate its constitutional rights under the Constitution of the United States of America.

**SEVENTH AFFIRMATIVE DEFENSE**
**(Statute Of Limitations/Laches)**

Plaintiff's claims fail to the extent that they are barred by the applicable statutes of limitation, including but not limited to 15 U.S.C. § 1681p or by the doctrine of laches.

**EIGHTH AFFIRMATIVE DEFENSE**
**(Contributory/Comparative Fault)**

Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff were, at least in part, caused by the actions of Plaintiff herself and/or third parties and resulted from Plaintiff's or third parties' own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

## NINTH AFFIRMATIVE DEFENSE
### (Failure to Mitigate Damages)

Plaintiff has failed to mitigate her damages.

## TENTH AFFIRMATIVE DEFENSE
### (Right To Assert Additional Defenses)

Experian reserves the right to assert additional affirmative defenses at such time

and to such extent as warranted by discovery and the factual developments in this case.


WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

      a.      That Plaintiff takes nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

      b.      That Experian be dismissed as a party to this action;

      c.      For costs of suit and attorneys' fees herein incurred; and

      d.      For such other and further relief as the Court may deem just and proper.

Dated:  July 30, 2020                         Respectfully submitted,


                                              */s/ Maria H. Ruiz*
                                              Maria H. Ruiz
                                              Fla. Bar No. 0182923
                                              KASOWITZ BENSON TORRES LLP - MIAMI
                                              Suite 1420
                                              1441 Brickell Ave
                                              Miami, FL 33131-3426
                                              Ph:     (786) 587-1044
                                              Fax:    (305) 675-2601
                                              Email:  mruiz@kasowitz.com


                                              *Counsel for Defendant*
                                              *Experian Information Solutions, Inc.*

21