UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JACQUELYN CRUSE, individually
and on behalf of all others similarly
situated,

      Plaintiff,

v.                                  CASE NO.  3:20-cv-506-J-34JBT

SPECLIALIZED LOAN SERVICING,
LLC, and EXPERIAN
INFORMATION SOLUTIONS, INC.,

      Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Unopposed Motion for Leave to File Third Amended Complaint Outside of Time ("Motion") (Doc. 49).  Upon review, the Motion is due to be granted.

Accordingly, it is **ORDERED**:

1.    The Motion (**Doc. 49**) is **GRANTED**.

2.    The Clerk of Court is directed to file the Third Amended Complaint (**Doc. 49-1**) as a separate document.

3.    In accordance with Federal Rule of Civil Procedure 15(a)(3), Defendants shall respond to the Third Amended Complaint within 14 days after it is filed as a separate document.

4.	Defendant Specialized Loan Servicing LLC's Motion to Dismiss Counts I – V and VII of the Amended Complaint and to Strike Requests for Punitive Damages (**Doc. 37**) and Defendant Experian Information Solutions, Inc.'s Amended Motion to Dismiss (**Doc. 48**) are **DENIED without prejudice as procedurally moot**.

**DONE AND ORDERED** in Jacksonville, Florida, on January 6, 2021.

                                                          /s/ Joel B. Toomey
                                                          JOEL B. TOOMEY
                                                          United States Magistrate Judge

Copies to:

Counsel of Record