UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JACQUELYN CRUSE, individually and on behalf of all others similarly situated,**

      **Plaintiff,**

v.

**SPECIALIZED LOAN SERVICING, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,**
      **Defendants.**
_____/

CASE NO.: 3:20-cv-506-J-34JBT

### NOTICE OF SETTLEMENT
### (As To Specialized Loan Servicing, LLC)

COME NOW, Plaintiff, JACQUELYN CRUSE, by and through undersigned counsel, hereby provides notice that Plaintiff and Defendant, SPECIALIZED LOAN SERVICING, LLC, have reached a resolution of the dispute that is the subject of this lawsuit. The parties are presently formalizing the terms of that resolution into a written settlement agreement and will file an appropriate notice of dismissal (anticipated within 30 days) upon the completion of certain obligations set forth in their agreement.

Dated this 31st day of March, 2021,

**MAX STORY, P.A.**

/s/ Max Story_____
MAX STORY, ESQ.
Florida Bar No.:   527238
AUSTIN J. GRIFFIN, ESQ.
Florida Bar No.:   117740
328 2nd Avenue North, Suite 100
Jacksonville Beach, FL   32250
Telephone: (904) 372-4109
max@storylawgroup.com
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on March 31st, 2021, I electronically filed the foregoing with Clerk of the Court using the CM/ECF.   I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

                                                  /s/ Max Story, Esquire
                                                  Florida Bar No. 527238