UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JACQUELYN CRUSE, individually and on behalf of all others similarly situated,**

      Plaintiff,

v.

**SPECLIALIZED LOAN SERVICING, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,**
      Defendants.

_____/

CASE NO.: 3:20-cv-506-J-34JBT

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
### (As to EXPERIAN INFORMATION SOLUTIONS, INC.)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff, Jacquelyn Cruse, and Defendant Experian Information Solutions, Inc., jointly stipulate to a Dismissal With Prejudice of her claims against Defendant Experian Information Solutions, Inc., with each party to bear its own attorney's fees and costs.

Respectfully submitted this 3rd of May, 2021.

| | |
|---|---|
| /s/ Max Story | /s/ Maria H. Ruiz |
| **Max Story, Esq.** | Maria H. Ruiz |
| Florida Bar No. 0527238 | Florida Bar No. 182923 |
| Austin J. Griffin, Esquire | KASOWITZ BENSON TORRES LLP |
| Florida Bar No.: 117740 | 1441 Brickell Avenue, Suite 1420 |
| 328 2nd Ave. North, Suite 100 | Miami, FL 33131 |
| Jacksonville Beach, FL 32250 | Telephone: (786) 587-1044 |
| Phone: (904) 372-4109 | Facsimile: (305) 675-2601 |
| Fax: (904) 758-5333 | MRuiz@Kasowitz.com |
| max@storylawgroup.com | |
| ***Counsel for Plaintiff*** | ***Counsel for Experian*** |

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the forgoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record, this 3rd day of May, 2021.

               */s/ Max Story*
               Max Story, Esq.
               Florida Bar No. 0527238