# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JACQUELYN CRUSE, individually
and on behalf of all others similarly
situated,

        Plaintiff,

v.                                    Case No.   3:20-cv-506-MMH-JBT

SPECIALIZED LOAN SERVICING,
LLC and EXPERIAN INFORMATION
SOLUTIONS, INC.,

        Defendants.

## O R D E R

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice (As to Experian Information Solutions, Inc.) (Dkt. No. 69; Stipulation) filed on May 3, 2021.  In the Stipulation, the parties request dismissal, with prejudice, of the claims raised by Plaintiff against Defendant Experian Information Solutions, Inc.  See Stipulation at 1.  Accordingly, it is hereby

**ORDERED:**

1. The claims raised by Plaintiff against Defendant Experian Information Solutions, Inc. are **DISMISSED with prejudice**.

2. Each party shall bear its own attorney's fees and costs.

3. The Clerk of the Court is directed to terminate this Defendant from the Court docket.

**DONE AND ORDERED** in Jacksonville, Florida this 4th day of May, 2021.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record