UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JACQUELYN CRUSE,**

      CASE NO.: 3:20-cv-506-J-34JBT

   Plaintiff,

v.

**SPECLIALIZED LOAN SERVICING, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,**
   Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
### (As to SPECIALIZED LOAN SERVICING, LLC.)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff, Jacquelyn Cruse, and Defendant Specialized Loan Servicing, LLC., jointly stipulate to a Dismissal With Prejudice of her claims against Defendant Specialized Loan Servicing, LLC., with each party to bear its own attorney's fees and costs.

Respectfully submitted this 1ST day of June, 2021.

| | |
|---|---|
| /s/ Austin Griffin_____ | /s/ Wesley Ridout |
| **Max Story, Esq.** | **Wesley Ridout, Esq** |
| Florida Bar No. 0527238 | Florida Bar No. 0084609 |
| **Austin J. Griffin, Esquire** | HOLLAND & KNIGHT LLP |
| Florida Bar No.: 117740 | 50 N. Laura St., Suite 3900 |
| 328 2nd Ave. North | Jacksonville, FL 32202 |
| Jacksonville Bch, FL 32250 | Tel: (904) 353-2000 |
| Phone: (904) 372-4109 | *Counsel for Specialized Loan Servicing, LLC.* |
| Fax: (904) 758-5333 | |
| max@storylawgroup.com | |
| *Counsel for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the forgoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record, this 1st of June, 2021.

                                        */s/ Austin Griffin, Esq.*
                                        **Austin J. Griffin, Esq.**
                                        Florida Bar No. 117740