**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JACQUELYN CRUSE, individually
and on behalf of all others similarly
situated,

          Plaintiff,

v.                               Case No.   3:20-cv-506-MMH-JBT

SPECIALIZED LOAN
SERVICING, LLC,

          Defendant.

_____

## O R D E R   O F   D I S M I S S A L

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice (As to Specialized Loan Servicing, LLC) (Dkt. No. 71; Stipulation) filed on June 1, 2021.   In the Stipulation, the parties request dismissal of this matter with prejudice.   See Stipulation at 1.   Accordingly, it is hereby

**ORDERED:**

1.    This case is **DISMISSED with prejudice**.

2.    Each party shall bear its own attorney's fees and costs.

3.      The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 2nd day of June, 2021.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record